# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.

| | | | |
|---|---|---|---|
| 01 | Luis Enrique Gonzalez-Adame | *Principal* | |
| | A206 689 353  YOB: 1991 | | Mexico |
| 02 | Rafael Elpidio Lopez-Lara | *Co-Principal* | |
| | A206 229 011  YOB: 1994 | | Mexico |

**CRIMINAL COMPLAINT**

United States District Court
Southern District of Texas
FILED
APR 2 3 2014

Clerk of Court

Case Number: M-14-797-M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 22, 2014** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Fabian Martinez-Martinez and Luis Alberto Vazquez-Quintero, citizens and nationals of Mexico, and Dionicia Maribel Barrios-De Leon, citizen and national of Guatemala, and eight (8) other undocumented aliens, for a total of eleven (11) who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport, by foot, said aliens in furtherance of such violation of law within the United States, that is, from a location near Mission, Texas to the point of arrest near Mission, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)    FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On April 22, 2014, the McAllen, Texas Border Patrol Station received information from a concerned citizen describing a group of suspected undocumented aliens running east from the Anzalduas Port of Entry. Border Patrol Agent (BPA) J. Orta and several other agents were conducting patrol duties and responded to the area. A helicopter from the Office of Air and Marine was also near the area and responded to the location. After an extensive search, Agents were able to locate 13 subjects in a brushy area. All of the subjects were interviewed and claimed to be in the United States (U.S.) illegally and were subsequently transported for processing.

At the station, records revealed two of the subjects, Luis Enrique Gonzalez-Adame and Rafael Elpidio Lopez-Lara, had been previously apprehended together on April 1, 2014 and identified as foot guides. Subjects were not prosecuted at that time. Through interviews, Agents identified the same two subjects as foot guides for the apprehended group.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

*OK to file. TN*

Signature of Complainant

Ricardo Ibañez Jr.    Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

April 23, 2014
Date

at McAllen, Texas
City and State

Dorina Ramos    , U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN, TEXAS**

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-14- 797 -M

| | | |
|---|---|---|
| RE: | Luis Enrique Gonzalez-Adame | A206 689 353 |
| | Rafael Elpidio Lopez-Lara | A206 229 011 |

**CONTINUATION:**

**PRINCIPAL STATEMENTS:**

1. Luis Enrique Gonzalez-Adame was read his Miranda Rights by BPA J. Galindo. GONZALEZ stated he understood his rights and did not wish to provide a statement without an attorney present.

2. Rafael Elpidio Lopez-Lara was read his Miranda Rights by BPA J. Galindo. LOPEZ stated he understood his rights and was willing to provide a statement. LOPEZ stated he illegally entered into the United States and was travelling to McAllen, Texas to work. LOPEZ failed to provide any additional information.

**MATERIAL WITNESS STATEMENTS:**

1. Fabian Martinez-Martinez provided a statement regarding his entry into the U.S. MARTINEZ stated he is a citizen of Mexico and illegally entered into the U.S. He stated he was travelling with his cousin, Luis Alberto Vazquez-Quintero, and they arranged to pay $4,300 each to be smuggled to Dallas, Texas. MARTINEZ identified Luis Enrique Gonzalez-Adame as one of the foot guides who smuggled him into the United States. He stated Gonzalez-Adame would stay with the slower half of the group and assure that no one strayed. He also stated Gonzalez-Adame was responsible for staying with the women in the group. MARTINEZ also identified Rafael Elpidio Lopez-Lara as the other foot guide in the group. MARTINEZ stated Lopez-Lara instructed the group to assist the women to cross into the U.S. He also gave them instructions as when to run, hide, and duck from Border Patrol. He also instructed them to stay quiet and when to walk and stop.

2. Luis Alberto Vazquez-Quintero provided a statement regarding his entry into the U.S. VAZQUEZ stated he is a citizen of Mexico and illegally entered into the U.S. He stated he was travelling with his cousin Fabian Martinez-Martinez, and they arranged to pay $4,300 each to be smuggled to Dallas, Texas. VAZQUEZ identified Luis Enrique Gonzalez-Adame as one of the foot guides who smuggled him into the U.S. He stated Gonzalez-Adame was responsible for staying with the women and slower half of the group. He was also responsible for making sure none of the group got off the trail or direction. VAZQUEZ also identified Rafael Elpidio Lopez-Lara as the other foot guide in the group. VAZQUEZ stated Lopez-Lara provided instructions to the group such as when to hide and get down from Border Patrol. He also stated Lopez-Lara would instruct the group when to walk and stop and keep quiet.

3. Dionicia Maribel Barrios-De Leon provided a statement regarding her entry into the U.S. BARRIOS stated she is a citizen of Guatemala and illegally entered into the U.S. She stated she paid $1,000 as a deposit for her entry into the U.S. After entering into the U.S., BARRIOS stated a young male instructed the group to follow him in a single file line and throw away their water bottles. BARRIOS added the young male told her to move at a quicker pace and not fall behind. She stated the entire group followed the young male but they were apprehended by Border Patrol. BARRIOS identified Luis Enrique Gonzalez-Adame as the young male giving instructions.